ROTHSCHILD v. RIO GRANDE WESTERN RY. CO. (Supreme Court, Appellate Division, First Department. March 6, 1896.) Action by Simon Rothschild against the Rio

Grande Western Railway Company. No opinion. Motion denied, on payment of $10 costs. See 32 N. Y. Supp. 37.